IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH BRADLEY CLARK**                                              **PLAINTIFF**

**V.**                               **CAUSE NO. 1:12-cv-216-LG-RHW**

**JUSTIN BRANNING**                                                 **DEFENDANT**

## FINAL JUDGMENT

This matter having come before the Court for trial without a jury, the Court, after a full review and consideration of the record in this case, finds that in accord with the Findings of Fact and Conclusions of Law entered herewith, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant. Plaintiff's claim is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE